**Jeffrey Dennard McNEAIR, Plaintiff–Appellant,**

v.

**Lieutenant TRUELL; Calvin Cantey; Wallace Stone; Grell Hedge, Defendants–Appellees,**

and

**Calvin Cunnington, Defendant.**

No. 01–7605.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 31, 2002.

Jeffrey Dennard McNeair, Pro Se. Jason Michael Cogdill, Womble, Carlyle, Sandridge & Rice, Winston–Salem, North Carolina; John Hamilton Watters, Special Deputy Attorney General, Raleigh, North Carolina; Joe Earl Biesecker, Wilson, Biesecker, Tripp & Sink, Lexington, North Carolina; Margaret Shea Burnham, Adams, Kleemeier, Hagan, Hannah & Fouts, Greensboro, North Carolina, for Appellees.

**306**

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Jeffrey Dennard McNeair appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McNeair v. Truell,* No. CA–00–327–1 (M.D.N.C. Aug. 27, 2001). We grant McNeair's motion for voluntary dismissal of Appellee Calvin Cunnington. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*